IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOMINGO FLORES,                                    CV. 08-138-KI

        Petitioner,                                        ORDER

    v.

DON MILLS,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#30) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ____10th____ day of April, 2009.


                          /s/ Garr M. King
                         Garr M. King
                         United States District Judge


1 -- ORDER